1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8

9

10

11

12

13

14

| UNITED STATES OF AMERICA, | NO. CR07-389-RSL |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS |
| JACOB GLENN CLARK, | TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

15    An evidentiary hearing on a petition for violation of supervised release was held before

16  the undersigned Magistrate Judge on March 27, 2013.  The United States was represented by

17  Assistant United States Attorney Steven Masada, and the defendant by Stephan R. Illa.  The

18  proceedings were digitally recorded.

19    The defendant had been charged and convicted of Distribution of Controlled

20  Substances, in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).  On or about May 9,

21  2008, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 15 months in

22  custody, to be followed by 3 years of supervised release.

23    The conditions of supervised release included the requirements that the defendant

24  comply with all local, state, and federal laws, and with the standard conditions.  Special

25  conditions imposed included, but were not limited to, participation in substance abuse and

26  mental programs, financial disclosure and search.

In a Petition for Warrant or Summons for Offender Under Supervision dated March 8, 2013, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his supervised release:

    (1)    Using opiates on or before February 26, and March 6, 2013, in violation of standard condition No. 7.

    (2)    Failing to participate in substance abuse treatment since February 21, 2013, in violation of the special condition that requires the defendant to participate in substance abuse treatment as directed by the probation officer.

On March 22, 2013 defendant made his initial appearance. The defendant was advised of his rights and acknowledged those rights. On March 27, 2013, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on May 10, 2013 at 10:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision and further bond conditions.

DATED this 28th day of March, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:        Honorable Robert S. Lasnik
        AUSA:                Steven Masada
        Defendant's attorney:    Stephan R. Illa
        Probation officer:       Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2